UNITED STATES ~~BANKRUPTCY~~ DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| In re : | Adv. Pro. No. 08-1789 (BRL) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, : | SIPA LIQUIDATION |
| Debtor. : | (Substantively Consolidated) |
| : | |
| : | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, : | Adv. Pro. No. 09-1364 (BRL) |
| Plaintiff, : | |
| v. : | |
| HSBC BANK PLC; HSBC HOLDINGS PLC; HSBC SECURITIES SERVICES (LUXEMBOURG) S.A.; HSBC INSTITUTIONAL TRUST SERVICES (IRELAND) LIMITED; HSBC SECURITIES SER4VICES 9IRELAND LIMITED; HSBC INSTITUTIONAL TRUST SERVICES (BERMUDA) LIMITED; HSBC BANK USA, N.A.; HSBC SECURITIES SERVICES (BERMUDA) LIMITED; HSBC BANK (CAYMAN) LIMITED; HSBC PRIVATE BANKING HOLDINGS (SUISSE) S.A.; HSBC PRIVATE BANK (SUISSE) S.A.; HSBC FUND SERVICES (LUXEMBOURG) S.A. HSBC BANK BERMUDA LIMTIED; HERALD FUND SPC; HERALD (LUX0 SICAV; PRIMEO FUND; ALPHA PRIME FUND LIMITED; SENATOR FUND SPC; HERMES INTERNATIONAL FUND LIMITED; LAGOON INVESTMENT LIMITED; THEMA FUND LTD.; THEMA WISE INVESTMENTS LTD.; THEMA INTERMANTIONAL FUND PLC; GEO : | USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 8/8/11

No. 11 Civ. 763 (JSR)

No. 11 Civ. 836 (JSR) |

{N0278456; 1}

CURRENCIES LTD. S.A.; HERALD ASSET MANAGEMENT LIMITED; 20:20 MEDICI AG; UNICREDIT BANK AUSTRIA AG; BA WORLDWIDE FUND MANAGEMENT LIMITED; EUROVALEUR, INC.; PIONEER ALTERNATIVE INVESTMENT MANAGEMENT LIMITED; ALPHA PRIME ASSET MANAGEMENT LTD.; REGULUS ASSET MANAGEMENT LIMITED; CARRUBA ASSET MANAGEMENT LIMITED; GENEVALOR, BENBASSAT ET CIE; MERMES ASSET MANAGEMENT LIMITED; THEMA ASSET MANAGEMENT (BERMUDA) LTD.; THEMA ASSET MANAGEMENT LTD.; EQUUS ASSET MANAGEMENT LTD.; EQUUS ASSET MANAGEMENT PARTNERS, L.P.; AURELIA FUND MANAGEMENT LIMITED; URSULA RADEL-LESZCZYNSKI; SONJA KOHN; ERWIN KOHN; MARIO BENBASSAT; ALBERTO BENBASSAT; STEPHANE BENBASSAT; DAVID T. SMITH; ROBERTO NESPOLO; LAURENT MATHYSEN-GERST; OLIVIER ADOR; PASCAL CATTANEO; VLADIMIR STEPCZYNSKI; JEAN-MARC WENGER; LAGOON INVESTMENT TRUST; UNICREDIT S.p.A.; INTER ASSET MANAGEMENT, INC.; GTM MANAGEMENT SERVICES CORP.N.V.; T+M TRUSTEESHIP & MANAGEMENT SERVICES S.A.; AURELIA ASSET MANAGEMENT PARTNERS; CAPE INVESTMENT ADVISORS LIMITED; AND TEREO TRUST COMPANY LIMITED,

　　　　Defendants

------------------------------------



**PROPOSED ORDER**

WHEREAS, on April 25, 2011 this Court issued an order (the "Withdrawal Order") withdrawing the reference of adversary proceeding No. 09-1364

{N0278456; 1}

(BRL) (the "Adversary Proceeding") from the Bankruptcy Court for the purpose of resolving certain specified issues (the "Withdrawal Issues") set forth in the Withdrawal Order;

WHEREAS, on July 28, 2011, this Court issued an Opinion and Order dismissing the Trustee's common law claims, *i.e.*, Counts 20-24 of the Amended Complaint (as that term is defined in the Opinion and Order), against the "HSBC Defendants" and the "UCG/PAI Defendants" as those terms are defined in the Opinion and Order;

WHEREAS, the Opinion and Order stated in footnote 8 that "Although it seems clear that these claims would also have to be dismissed against any other defendants who appeared and so moved, no other such defendant has so moved.";

WHEREAS, UniCredit Bank Austria AG ("Bank Austria") has requested that the Court *nunc pro tunc* modify the Opinion and Order to include a dismissal of the Trustee's common law claims against Bank Austria; and

WHEREAS, no party has objected to the request:

IT IS HEREBY ORDERED:

1. Bank Austria's application is granted;

2. This Court's Opinion and Order dated July 28, 2011 is amended *nunc pro tunc* to include a dismissal of all of the Trustee's common law claims, *i.e.*, Counts 20-24 of the Amended Complaint, against Bank Austria; and

3. The Clerk of the Court is directed to take such steps as are necessary to file this Order in the cases 11 Civ. 763 (JSR) and 11 Civ. 836 (JSR).

{N0278456; 1}

| DATED: August 6, 2011<br>New York, New York | SO ORDERED:<br><br>*[signature]*<br>Honorable Jed S. Rakoff<br>United States District Judge |
|---|---|